UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00088-LK-1 |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| STAVARAI MCSWAIN, | |
| Defendant. | |

This matter comes before the Court on Defendant Stavarai McSwain's Unopposed Motion to Continue Trial and Extend Pretrial Deadlines. Dkt. No. 14. The Government does not oppose this request. *Id.* at 1.

Mr. McSwain is charged with bank fraud in violation of 18 U.S.C. § 1344. Dkt. No. 1. At his initial appearance on September 30, 2025, he pleaded not guilty to the charges and was released on bond. Dkt. No. 8. The Court scheduled trial for December 8, 2025, with pretrial motions due by October 21, 2025. *Id.*

Mr. McSwain seeks a continuance of the trial date to June 29, 2026, "with a pretrial motions deadline consistent with the new trial date." Dkt. No. 14 at 1. He seeks this continuance to provide

ORDER CONTINUING TRIAL - 1

defense counsel with "additional time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. McSwain." *Id.* Further, his counsel represents "the need to consult with at least one, and likely two, expert witnesses"—a process which counsel "has just begun[.]" *Id.* at 1–2. Mr. McSwain has waived his right to a speedy trial through July 13, 2026. Dkt. No. 15 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. McSwain in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. McSwain's counsel the reasonable time necessary to effectively prepare for trial, to obtain and review discovery, to investigate the matter, to gather evidence material to the defense, to consult with expert witnesses, and to pursue possible defenses, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court further finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks. For these reasons, the Court GRANTS the motion and ORDERS that trial in this matter shall be continued to June 29, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. McSwain's trial must commence under the Speedy Trial Act. Pretrial motions are due by May 18, 2026. If expert testimony is anticipated, the parties must propose a date prior to trial (either at or before the pretrial conference) for a Daubert hearing.

Dated this 22nd day of October, 2025.

Lauren King
United States District Judge