UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>STAVARAI MCSWAIN,<br><br>         Defendant. | CASE NO. 2:25-cr-00088-LK-1<br><br>ORDER CONTINUING TRIAL |

This matter comes before the Court on Defendant Stavarai McSwain's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadlines. Dkt. No. 18. The Government does not oppose this request. *Id.* at 1.

Mr. McSwain is charged with bank fraud in violation of 18 U.S.C. § 1344. Dkt. No. 1. At his initial appearance on September 30, 2025, he pleaded not guilty to the charges and was released on bond. Dkt. No. 8. Trial is currently scheduled for June 29, 2026. Dkt. No. 16.

Mr. McSwain seeks a continuance of the trial date to September 8, 2026 "with a pretrial motions deadline consistent with the new trial date." Dkt. No. 18 at 1. He seeks this continuance to, among other reasons, provide his counsel with additional time to review discovery (which has

ORDER CONTINUING TRIAL - 1

been provided in batches, the most recent of which was April 24, 2026), "investigate the allegations, address legal issues, research pretrial motions, [and] obtain records[.]" *Id.* at 2. The defense's ongoing investigation has also required consultation with an attorney outside the Federal Defender's office, and additional consultation is necessary. *Id.* Mr. McSwain has waived his right to a speedy trial through September 30, 2026. Dkt. No. 19.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. McSwain in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. McSwain and his counsel the reasonable time necessary for effective preparation, including reviewing discovery, investigating the allegations, researching legal issues, and obtaining records in preparation for trial, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested by Mr. McSwain is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks. For these reasons, the Court GRANTS the motion, Dkt. No. 18, and ORDERS that Mr. McSwain's trial shall be continued to September 8, 2026. Pretrial motions are due no later than July 28, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which his trial must commence under the Speedy Trial Act. If expert testimony is anticipated, the parties must propose a date prior to trial (either at or before the pretrial conference) for a Daubert hearing.

Dated this 14th day of May, 2026.

Lauren King
United States District Judge

ORDER CONTINUING TRIAL - 2