UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

STAVARAI MCSWAIN,

Defendant.

CASE NO. 2:25-cr-00088-LK-1

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING

This matter comes before the Court on Defendant Stavarai McSwain's Unopposed Motion to Continue Sentencing. Dkt. No. 26.

On July 28, 2026, McSwain pleaded guilty "to bank fraud based on illegal check cashing activity that occurred between October 2022 and October 2023." *Id.* at 1; *see also* Dkt. No. 24. Sentencing is currently scheduled for October 20, 2026. Dkt. No. 22. McSwain requests to continue the sentencing hearing to November 4, 2026, at 10:00 a.m. so that "a social worker newly employed by [defense counsel's] office" may "prepare a social history report for counsel to use in preparation for the presentence interview." Dkt. No. 26 at 1. The report has been difficult to prepare "due to the sudden, untimely death of Mr. McSwain's therapist about a month ago." *Id.* "Counsel

currently is working towards retaining a forensic psychologist to develop information that counsel had expected would be available through Mr. McSwain's treating therapist." *Id.* Counsel hopes that the requested continuance will "permit Mr. McSwain to speak with the psychologist, the psychologist to write a report, and counsel to incorporate any relevant findings in its sentencing memorandum." *Id.* at 1–2. The Government does not oppose the request. *Id.* at 1.

Although the Court generally "must impose sentence without unnecessary delay," it "may, for good cause," deviate from the time limits prescribed by the Federal Rules of Criminal Procedure. *See* Fed. R. Crim. P. 32(b); *see also* LCrR 32(i)(1)(B); *accord United States v. Firestack-Harvey*, No. 13-CR-0024-TOR, 2015 WL 3533222, at *3 (E.D. Wash. June 4, 2015) (staying sentencing to allow parties adequate time to prepare). Here, McSwain has demonstrated good cause for the continuance given the need to prepare necessary reports relevant to the sentencing factors and the unique circumstances here leading to delay. The Court finds that the interests of the public and McSwain in any speedier sentencing in this case are outweighed by the ends of justice.

Finding good cause, the Court GRANTS the motion to continue sentencing, Dkt. No. 26, and CONTINUES sentencing to November 4, 2026, at 10:00 a.m.

Dated this 13th day of August, 2026.

Lauren King
United States District Judge